# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCHMITT, #15835-506,<br><br>Petitioner,<br><br>v.<br><br>WARDEN MCC SAN DIEGO,<br><br>Respondent. | Case No.: 25-cv-3501-TWR (BJW)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On December 3, 2025, Petitioner John Schmitt, a federal prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus (ECF No. 1) pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis.[1] A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. *See* S.D. Cal. CivLR 3.2; *see also* R. 1(b), 3(a), Rules Governing Section 2254 Cases (2019).

/ / /

---

[1] While Petitioner has submitted a document entitled "proof of payment" reflecting he requested withdrawal of $5.00 from his inmate account for "court fees" and specifically for "habeas corpus" on December 1, 2025, (ECF No. 1-2 at 1), the docket does not reflect receipt of a $5.00 filing fee associated with the instant case. (*See generally Docket* as of December 15, 2025.)

1  The Court cannot proceed until Petitioner has either paid the $5.00 filing fee or has qualified to proceed in forma pauperis. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to satisfy the filing fee requirement. If Petitioner wishes to reopen and proceed with this case, he must, no later than **February 16, 2026**: (1) pay the $5.00 filing fee **OR** (2) submit adequate proof of his inability to pay the fee. *For Petitioner's convenience, the Clerk of Court shall attach to this Order a blank application to proceed in forma pauperis.*

Dated: December 16, 2025

_____
Honorable Todd W. Robinson
United States District Judge